| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HainesJr, James B. | United States Bankruptcy Court | 06/11/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U. S. Bankruptcy Court
537 Congress Street
Portland, ME 04101

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HainesJr, James B. | 06/11/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/12-12/12 | Curtis Thaxter - Partnership Draw |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U.S. Russia Foundation | June 15-20, 2012 | Moscow, Russia | Russian Federation on Rule of Law Program | Meals, Hotel, Transportation |
| 2. | State Bar of Montana | July 17-19, 2012 | Big Sky, Montana | Montana Bankruptcy Continuing Legal Education | Meals, Hotel, Transportation |
| 3. | National Assoication of Consumer Bankruptcy Attorneys | April 26-29, 2012 | San Antonio, TX | Annual Meeting Continuing Legal Education | Meals, Hotel, Transportation |
| 4. | American Bankruptcy Institute | July 12-15, 2012 | Brenton Woods, NH | ABI Northeast Bankruptcy Institute | Meals, Hotel, Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| HainesJr, James B. | 06/11/2013 |

| 5. | National Conference of Bankruptcy Judges | October 23-27, 2012 | San Diego, CA | Annual Meeting | Meals, Hotel, Transportation |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| HainesJr, James B. | 06/11/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ▓▓▓▓▓ | Alimony | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HainesJr, James B. | 06/11/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Savings #1 | A | Interest | J | T | | | | | |
| 2. Bank of America Checking #1 | | None | J | T | | | | | |
| 3. Bank of America Savings #2 | A | Interest | J | T | | | | | |
| 4. Bank of America Checking #2 | | None | J | T | | | | | |
| 5. Alliance 529 Savings #1 "T" | A | Interest | J | T | | | | | |
| 6. -- CBF Moderate Growth | A | Interest | J | T | | | | | |
| 7. --CBF Moderate Growth | A | Interest | J | T | | | | | |
| 8. Alliance 529 Savings #2 "B" | A | Interest | J | T | | | | | |
| 9. --CBF Moderate Growth | A | Interest | J | T | | | | | |
| 10. --CBF Moderate Growth | A | Interest | J | T | | | | | |
| 11. UBS IRA - Mutual Funds | | | | | | | | | |
| 12. -- American Funds Growth | D | Dividend | K | T | | | | | |
| 13. -- Blackrock Equity Div Fund A | D | Dividend | K | T | | | | | |
| 14. -- Henderson Global Inv. Fund A. | C | Dividend | K | T | | | | | |
| 15. -- Ivy Mid Cap Growth | A | Dividend | J | T | | | | | |
| 16. -- Royce Pa. Mutual Fund | B | Dividend | J | T | | | | | |
| 17. -- Am. Century Gov. Bond Funds | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HainesJr, James B. | 06/11/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -- Franklin/Templeton Global Bond - A | C | Dividend | K | T | | | | | |
| 19.  -- Loomis Sayles Bond Fund | C | Dividend | K | T | | | | | |
| 20.  -- Neuberger Berman High Income Fund | B | Dividend | J | T | | | | | |
| 21.  -- Pimco Total Return Fund - A | C | Dividend | K | T | | | | | |
| 22.  -- Gateway Fund Class A | B | Dividend | J | T | | | | | |
| 23.  --Blackrock Global Allocation Fund A | C | Dividend | K | T | | | | | |
| 24.  UBS Brokerage Account | | | | | | | | | |
| 25.  -- Dominion Resources Inc., VA | A | Dividend | K | T | | | | | |
| 26.  -- Public Services Ent. Group | A | Dividend | K | T | | | | | |
| 27.  -- Walt Disney (Holding Co.) | A | Dividend | J | T | | | | | |
| 28.  USAA Checking #1 | | None | J | T | Open | 02/01/12 | J | | |
| 29.  USAA Checking #2 | | None | J | T | Open | 02/01/12 | J | | |
| 30.  USAA Checking #3 | | None | J | T | Open | 02/01/12 | J | | |
| 31.  USAA Savings #1 | A | Interest | J | T | Open | 02/01/12 | J | | |
| 32.  USAA Savings #2 | A | Interest | J | T | Open | 02/01/12 | J | | |
| 33.  USAA Savings #3 | A | Interest | J | T | Open | 02/01/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HainesJr, James B. | 06/11/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Revised report in response to committee inquiry.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James B. HainesJr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544